## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ALEXANDER J. ANDUZE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No.: 3:14-cv-1153-NJR-DGW |
| ) | |
| **STEVE DUNCAN et. al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

**IT IS HEREBY ORDERED** that the preparation of the transcript of the Pavey/Evidentiary held on June 8, 2016 in the above entitled cause of action be prepared by Molly Clayton, Court Reporter for the U.S. District Court, and filed with the Clerk of the Court *within 30 days* at the expense of the United States.

**DATED:**  June 13, 2016

*s/ Donald G. Wilkerson*
DONALD G. WILKERSON
United States Magistrate Judge